Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRIANT BENSON<br><br>  Defendant. | Case No. 2:11-cr-00168-GEB<br><br>STIPULATION AND ORDER CONTINUING ARRAIGNMENT |

<u>Stipulation</u>

The parties in this case, through undersigned counsel, stipulate that the arraignment should be continued from May 6, 2011, to Monday, May 9, 2011 at 2:00 p.m.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on his behalf.


Dated: May 5, 2011                                    MOPSICK & WILLIAMS, LLP


                                              by   /s/ Betty J. Williams
                                                   Betty J. Williams
                                                   Attorney for Defendant
                                                   Briant Benson

1
STIPULATION AND [PROPOSED] ORDER CONTINUING ARRAIGNMENT

1 | Dated: May 5, 2011             BENJAMIN B. WAGNER
United States Attorney

2

3                    by   /s/ Betty J. Williams for
R. Steven Lapham
Assistant U.S. Attorney

4

5                           <u>Order</u>

6      The arraignment scheduled for May 6, 2011 is ordered continued to Monday, May 9, 2011 at

7 2:00 p.m.

8      IT IS SO ORDERED.

9 DATED: May 5, 2011          _____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE