Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 220
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BRIANT BENSON<br><br>     Defendant. | Case No. 2:11-cr-00168-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

<u>Stipulation</u>

This is a tax evasion case involving the years 2004, 2005 and 2006.  The Defendant has recently received the first 1,500 pages of discovery on May 6, 2011 and the Special Agent's Report (SAR) was provided this week as well.  Substantial additional discovery documents are anticipated by Defendant who is conducting his own investigation and reviewing the documents.  There are outstanding employment tax issues and there are numerous tax returns which the Defendant is in the process of preparing to submit to the Internal Revenue Service, and to accurately determine the Defendant's tax liability for the years in issue; however because of the state of the financial records, as noted in the SAR and discovery, this is a time-consuming operation.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for May 27, 2011, may be continued to August 26, 2011 at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation

under the Speedy Trial Act through the new status conference date of August 26, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on his behalf.

Dated: May 26, 2011                                    MOPSICK & WILLIAMS, LLP

                                              by   /s/ Betty J. Williams
                                                   Betty J. Williams
                                                   Attorney for Defendant
                                                   Deborah Murillo

Dated: May 26, 2011                                    BENJAMIN B. WAGNER
                                                       United States Attorney

                                              by   /s/ Betty J. Williams for
                                                   R. Steven Lapham
                                                   Assistant U.S. Attorney

<u>Order</u>

Good cause appearing, the status conference scheduled for May 27, 2011 is ordered continued to August 26, 2011, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of August 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

**Date: <u>5/26/2011</u>**

GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE