1  Mopsick & Williams, LLP
Betty J. Williams (SB# 224793)
2  3600 American River Drive, Suite 135
Sacramento, California  95864
3  (916) 488-8501
(916) 488-8196 fax
4
Attorneys for Defendant
5

6

7

8                          United States District Court

9                          Eastern District of California

10
                                                 )    Case No. 2:11-cr-00168-GEB
11  UNITED STATES OF AMERICA,                     )
                                                 )
12                 Plaintiff,                      )    STIPULATION AND [PROPOSED] ORDER
                                                 )    CONTINUING STATUS CONFERENCE
13                                                )
                                                 )
14  vs.                                           )
                                                 )
15  BRIANT BENSON                                 )
                                                 )
16                 Defendant.                      )
                                                 )
17                                                )
                                                 )
18  _____)

19                                  Stipulation

20         This is a tax evasion case involving the years 2004, 2005 and 2006.  The Defendant

21  previously supplied the first 1,500 pages of discovery on May 6, 2011 and subsequently supplied

22  approximately 2,600 additional pages of discovery on June 15, 2011.  Substantial additional

23  discovery documents are anticipated by Defendant who is conducting his own investigation and

24  reviewing the documents.  There are numerous financial statements which must be verified or

25  computed, in addition to preparing or amending tax returns which the Defendant will ultimately

26  submit to the Internal Revenue Service.  As noted in the SAR and discovery, this is a time-

27  consuming operation because of the state of the financial records.  Therefore, the parties, through

28  undersigned counsel, stipulate that the status conference scheduled for August 26, 2011, may be

                                          1
        STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1 | continued to October 28, 2011 at 9:00 a.m.

2 |     The parties further stipulate that time may be excluded from the speedy trial calculation

3 | under the Speedy Trial Act through the new status conference date of October 28, 2011, pursuant to

4 | 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of

5 | justice served by granting this continuance outweigh the interests of the defendant and the public in a

6 | speedy trial.

7 |     Plaintiff's counsel has authorized defense counsel to sign this stipulation on his behalf.

8 | Dated: August 22, 2011         MOPSICK & WILLIAMS, LLP

9 |

10 |     by  /s/ Betty J. Williams
    Betty J. Williams

11 |     Attorney for Defendant
    Deborah Murillo

12 |

13 | Dated: August 22, 2011         BENJAMIN B. WAGNER
    United States Attorney

14 |

15 |     by  /s/ Betty J. Williams for
    R. Steven Lapham
    Assistant U.S. Attorney

16 |

17 |         Order

18 |     Good cause appearing, the status conference scheduled for August 26, 2011 is ordered

19 | continued to October 28, 2011, at 9:00 a.m.  The Court finds that the interests of justice served by

20 | granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

21 | Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the

22 | new status conference date of October 28 , 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and

23 | Local Code T4.

24 |     IT IS SO ORDERED.

25 |

26 | Dated: August 24, 2011

27 | GARLAND E. BURRELL, JR.
United States District Judge

28 |

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE