1  Law Office of Williams & Associates, PC
   Betty J. Williams (SB# 224793)
2  3600 American River Drive, Suite 135
   Sacramento, California  95864
3  (916) 488-8501
   (916) 488-8196 fax
4
   Attorneys for Defendant
5

## United States District Court

### Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00168-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| BRIANT BENSON | |
| Defendant. | |

<u>Stipulation</u>

This is a tax evasion case involving the years 2004, 2005 and 2006.  Counsel for the Defendant needs additional time to review the approximate 4,000 pages of discovery documents that have been provided by Plaintiff.  Substantial additional discovery documents are anticipated by Defendant's counsel.  Additionally, counsel for the plaintiff and the defense have scheduled to meet on October 27th to discuss this case and possible resolution short of trial.  Therefore, the parties, through undersigned counsel, stipulate that the status conference scheduled for October 28, 2011, may be continued to January 6, 2012 at 9:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 28, 2011, pursuant to

1

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Plaintiff's counsel has authorized defense counsel to sign this stipulation on his behalf.

Dated: October 18, 2011                    LAW OFFICE OF WILLIAMS & ASSOCIATES, PC

                                           by   /s/ Betty J. Williams
                                                Betty J. Williams
                                                Attorney for Defendant
                                                Briant Benson

Dated: October 18, 2011                    BENJAMIN B. WAGNER
                                           United States Attorney

                                           by   /s/ Betty J. Williams for
                                                R. Steven Lapham
                                                Assistant U.S. Attorney

<u>Order</u>

Good cause appearing, the status conference scheduled for October 28, 2011 is ordered continued to January 6, 2012, at 9:00 a.m. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of January 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T4.

IT IS SO ORDERED.

**Date: <u>10/20/2011</u>**

                                           GARLAND E. BURRELL, JR.
                                           United States District Judge