Law Office of Williams & Associates, PC
Betty J. Williams (SB# 224793)
3600 American River Drive, Suite 135
Sacramento, California  95864
(916) 488-8501
(916) 488-8196 fax

Attorneys for Defendant

United States District Court

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BRIANT BENSON<br><br>                    Defendant. | Case No. 2:11-cr-00168-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

<u>Stipulation</u>

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 3, 2012.

2. By this stipulation, defendant now moves to continue the status conference until September 28, 2012 and to exclude time between August 3, 2012 and September 28, 2012 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case numerous boxes of documents which counsel for defendant has not yet reviewed.  Additionally, defendant has recently submitted a proffer to plaintiff to advance this case toward a resolution short of trial.  All of this discovery

1

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED] FINDINGS AND ORDER

has been either produced directly to counsel and/or made available for inspection and copying.

    b.    Counsel for defendant desires additional time to complete her review of discovery documents made available for inspection and copying and to meet with plaintiff's counsel concerning the recently submitted proffer.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 3, 2012 to September 28, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T-4.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:    July 31, 2012    **/s/  R. Stephen Lapham**
R. Stephen Lapham
Assistant United States Attorney

DATED:    July 31, 2012    **/s/  Betty J. Williams**
Betty J. Williams
Counsel for Defendant

2

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED] FINDINGS AND ORDER

1
2                               <u>Order</u>
         IT IS SO FOUND AND ORDERED.
3  **Date:  8/1/2012**
4                          _____
                            GARLAND E. BURRELL, JR.
5                           Senior United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED] FINDINGS AND ORDER