1   Law Office of Williams & Associates, PC
    Betty J. Williams (SB# 224793)
2   3600 American River Drive, Suite 135
    Sacramento, California  95864
3   (916) 488-8501
    (916) 488-8196 fax
4
    Attorneys for Defendant
5

6

7

8                           United States District Court

9                         Eastern District of California

10

11   UNITED STATES OF AMERICA,              )   Case No. 2:11-cr-00168-GEB
                                            )
12                          Plaintiff,      )
                                            )   STIPULATION REGARDING EXCLUDABLE
13                                          )   TIME PERIODS UNDER SPEEDY TRIAL
                                            )   ACT; [PROPOSED] FINDINGS AND ORDER
14   vs.                                    )
                                            )
15   BRIANT BENSON                          )
                                            )
16                          Defendant.      )
                                            )
17                                          )
                                            )
18   _____       )

19                                   Stipulation

20   Plaintiff, United States of America, by and through its counsel of record, and defendant, by and

     through his counsel of record, hereby stipulate as follows:
21
            1.      By previous order, this matter was set for status on September 28, 2012.
22
            2.      By this stipulation, defendant now moves to continue the status conference until
23
     December 7, 2012 and to exclude time between September 28, 2012 and December 7, 2012 under
24
     Local Code T4.  Plaintiff does not oppose this request.
25
            3.      The parties agree and stipulate, and request that the Court find the following:
26
                    a.      The government has represented that the discovery associated with this case
27
                            includes numerous boxes of documents which counsel for defendant has not
28
                            yet completely reviewed.  Additionally, defendant has recently submitted a

                            proffer to plaintiff to advance this case toward a resolution short of trial.  All

                                                    1
     STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED]
     FINDINGS AND ORDER

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b.      Counsel for defendant desires additional time to complete her review of discovery documents made available for inspection and copying and to meet with plaintiff's counsel concerning the recently submitted proffer.

c.      Given the foregoing good-faith efforts by both sides to resolve the case short of trial, the parties agree that failure to grant the above-requested continuance would deny counsel for both sides the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 28, 2012 to December 7, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T-4.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:        September 19, 2012        **/s/  R. Steven Lapham**
                                        R. Steven Lapham
                                        Assistant United States Attorney


DATED:        September 19, 2012        **/s/  Betty J. Williams**
                                        Betty J. Williams

2

1                                  Counsel for Defendant

2

3                                    Order

IT IS SO ORDERED.

4

9/20/12

5
GARLAND E. BURRELL, JR.

6
Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT;[PROPOSED]
FINDINGS AND ORDER