1  Law Office of Williams & Associates, PC
   Betty J. Williams (SBN 224793)
2  3600 American River Drive, Suite 135
   Sacramento, California  95864
3  (916) 488-8501
   (916) 488-8196 Fax
4
   Attorneys for Defendant
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.: 2:11-cr-00168-TLN
                                     )
12              Plaintiff,           )   **STIPULATION REGARDING**
                                     )   **EXCLUDABLE TIME PERIODS UNDER**
13                                   )   **SPEEDY TRIAL ACT; FINDINGS AND**
    vs.                              )   **ORDER**
14                                   )
    BRIANT BENSON,                   )
15                                   )
                Defendant.           )
16  _____)

17                          Stipulation

18        Plaintiff, United States of America, by and through its counsel of record, and defendant, by

19  and through his counsel of record, hereby stipulate as follows:

20        1.      By previous order, this matter was set for status on January 22, 2015.

21        2.      By this stipulation, defendant now moves to continue the status conference until

    April 16, 2015, and to exclude time between January 22, 2015, and April 16, 2015, under Local
22
    Code T4.  Plaintiff does not oppose this request.
23        3.      The parties agree and stipulate, and request that the Court find the following:

24                a.      The government has produced over 4,000 pages of discovery

25                associated with this case for defendant to review.

26                b.      The defendant submitted a proffer to the government and subsequently

27                reviewed additional substantial documents provided by the government.

28                c.      In July 2013, defendant submitted over 500 pages of additional

                                         1
    STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND
                                       ORDER

supplemental documents to the government for review.

d.      Counsel for both parties met to further discuss possible case resolution without trial on July 10, 2014.

e.      Following the meeting, the parties have engaged in further document review and plan to engage in additional discussions toward a possible resolution of the case.

f.      The government does not object to the continuance.

g.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2015, to April 16, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. This time period is also deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) and Local Code T-4.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:      January 8, 2015          **/s/  Phillip A. Talbert**
                                     Phillip A. Talbert
                                     Assistant United States Attorney

DATED:      January 8, 2015          **/s/  Betty J. Williams**
                                     Betty J. Williams
                                     Counsel for Defendant

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

## **<u>ORDER</u>**

2

IT IS SO FOUND AND ORDERED this 9TH day of January, 2015.

3

4

5

_____

6

Troy L. Nunley
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER