BENJAMIN B. WAGNER
United States Attorney
PHILLIP A. TALBERT
First Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>             v.<br><br>BRIANT BENSON,<br><br>                        Defendant. | CASE NO. 2:11-CR-00168-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: September 24, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on September 24, 2015.

2. By this stipulation, defendant now moves to continue the status conference until December 17, 2015, at 9:30 a.m., and to exclude time between September 24, 2015, and December 17, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 4,000 pages of discovery associated with this case for defendant to review.

    b) The defendant submitted a proffer to the government and subsequently reviewed additional substantial documents provided by the government.

      c)      In July 2013, defendant submitted over 500 pages of additional supplemental documents to the government for review.

      d)      Counsel for both parties met to further discuss possible case resolution without trial on July 10, 2014.

      e)      Following the meeting, the parties have engaged in further document review and plan to engage in additional discussions toward a possible resolution of the case.

      f)      The government is reviewing information provided by the defendant and comparing that information to information provided to the defendant earlier in discovery.  The parties plan to further discuss the possibility of case resolution in advance of trial.

      g)      The government does not object to the continuance.

      h)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      i)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2015 to December 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 11, 2015            BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ PHILLIP A. TALBERT
                                      PHILLIP A. TALBERT
                                      First Assistant U.S. Attorney


Dated:  September 11, 2015            /s/ BETTY J. WILLIAMS
                                      BETTY J. WILLIAMS
                                      Counsel for Defendant
                                      BRIANT BENSON

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of September, 2015.

_____
Troy L. Nunley
United States District Judge