BENJAMIN B. WAGNER
United States Attorney
PHILLIP A. TALBERT
First Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00168-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| BRIANT BENSON, | DATE: December 17, 2015 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 17, 2015.

2. By this stipulation, defendant now moves to continue the status conference until March 3, 2016, at 9:30 a.m., and to exclude time between December 17, 2015, and March 3, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 4,000 pages of discovery associated with this case for defendant to review.

    b) The defendant submitted a proffer to the government and subsequently reviewed additional substantial documents provided by the government.

1    c)   In July 2013, defendant submitted over 500 pages of additional supplemental
2 documents to the government for review.
3    d)   Counsel for both parties met to further discuss possible case resolution without
4 trial on July 10, 2014.
5    e)   Following the meeting, the parties have engaged in further document review and
6 plan to engage in additional discussions toward a possible resolution of the case.
7    f)   The government is reviewing information provided by the defendant and
8 comparing that information to information provided to the defendant earlier in discovery.  The
9 parties plan to further discuss the possibility of case resolution in advance of trial.
10    g)   The government does not object to the continuance.
11    h)   Based on the above-stated findings, the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and the defendant in a trial within the
13 original date prescribed by the Speedy Trial Act.
14    i)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of December 17, 2015 to March 3,
16 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17 T4] because it results from a continuance granted by the Court at defendant's request on the basis
18 of the Court's finding that the ends of justice served by taking such action outweigh the best
19 interest of the public and the defendant in a speedy trial.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 13, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ PHILLIP A. TALBERT
PHILLIP A. TALBERT
First Assistant U.S. Attorney

Dated:  December 14, 2015

/s/ BETTY J. WILLIAMS
BETTY J. WILLIAMS
Counsel for Defendant
BRIANT BENSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of December, 2015.

Troy L. Nunley
United States District Judge