BENJAMIN B. WAGNER
United States Attorney
PHILLIP A. TALBERT
First Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BRIANT BENSON,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:11-CR-00168-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 4, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　1.　　By previous order, this matter was set for status on March 4, 2016.

　　2.　　By this stipulation, defendant now moves to continue the status conference until June 3, 2016, and to exclude time between March 4, 2016, and June 3, 2016, under Local Code T4. Plaintiff does not oppose this request.

　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　　The government has produced over 4,000 pages of discovery associated with this case for defendant to review.

　　　　b)　　The defendant submitted a proffer to the government and subsequently reviewed additional substantial documents provided by the government.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

c) In July 2013, defendant submitted over 500 pages of additional supplemental documents to the government for review.

d) Counsel for both parties met to further discuss possible case resolution without trial on July 10, 2014.

e) Following the meeting, the parties have engaged in further document review. The government is currently reviewing information provided by the defendant and comparing that information to information provided to the defendant earlier in discovery.

f) Defense counsel has a surgery scheduled this week (the week of the filing of this stipulation and proposed order) and anticipates a period of recovery from that surgery. Following that recovery period, the parties plan to meet to further discuss the possibility of case resolution in advance of trial.

g) The government does not object to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2016 to June 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 16, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ PHILLIP A. TALBERT
PHILLIP A. TALBERT
First Assistant U.S. Attorney

Dated: February 16, 2016

/s/ BETTY J. WILLIAMS
BETTY J. WILLIAMS
Counsel for Defendant
BRIANT BENSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 22, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge