BENJAMIN B. WAGNER
United States Attorney
MATTHEW SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2708
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-00168-GEB |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| BRIANT BENSON, | DATE: July 8, 2016
TIME: 9:00 a.m.
COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 8, 2016.

2. By this stipulation, defendant now moves to continue the status conference until August 5, 2016, and to exclude time between July 8, 2016, and August 5, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 4,000 pages of discovery associated with this case for defendant to review.

    b) The defendant submitted a proffer to the government and subsequently reviewed additional substantial documents provided by the government. Review and understanding of

these materials is necessary whether this case resolves or goes to trial.

  c) In July 2013, defendant submitted over 500 pages of additional supplemental documents to the government for review.

  d) Counsel for both parties met to further discuss possible case resolution without trial on July 10, 2014.

  e) Following the meeting, the parties have engaged in further document review and plan to engage in additional discussions toward a possible resolution of the case.

  f) The government is reviewing information provided by the defendant and comparing that information to information provided to the defendant earlier in discovery.

  g) The government counsel Matthew D. Segal is new to the case and the defendant would like to make a presentation to the government and engage in discussion that is material to the case resolution.   Mr. Segal's responses to the defense presentation will be important to defense preparation whether the case resolves or tries.

  h) Counsel for the defendant has a medical appointment on July 8th that cannot be rescheduled to another date within the period of time for which the need for medical care is urgent.

  i) The government agrees to the continuance.

  j) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  k) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 8, 2016 to August 5, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 1, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ MATTHEW SEGAL
MATTHEW SEGAL
Assistant U.S. Attorney

Dated: July 1, 2016

/s/ BETTY J. WILLIAMS
BETTY J. WILLIAMS
Counsel for Defendant
BRIANT BENSON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 6, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3