UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Garland E. Burrell, Jr. | **RE:** Briant Benson |
| Senior United States District Judge | Docket Number: 2:11CR00168-001 |
| Sacramento, California | <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u> |

Your Honor:

Briant Benson is requesting permission to travel to various Asian and European Countries on various dates for which he will provide an itinerary, during the months of April, May, and June 2018. Mr. Benson is current with all his supervision obligations. He has paid all financial obligations in full, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 2, 2016, Briant Benson was sentenced for the offense(s) of 26 USC 7201 – Tax Evasion (Class D Felony).

**Sentence Imposed:** 366 days custody Bureau of Prisons; 2 year Term of Supervised Release; $249,000 restitution; $15,000 fine; and $100 special assessment.

**Dates and Mode of Travel:** He would be traveling via airlines on various dates from April 2018-June 2018. He will be required to provide an itinerary.

**Purpose:** Business as the Technical Engineering Consultant for companies he owns, Bentec Medical and De Nova Technology.

**RE: Briant Benson
Docket Number: 2:11CR00168-001
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

/s/ Shari Simon

SHARI R. SIMON
Sr. United States Probation Officer

Dated: April 2, 2018
Roseville, California
SRS:jc

**REVIEWED BY:** /s/ Toni Ortiz
**TONI M. ORTIZ
Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

Dated: April 3, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge