**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>Senior United States District Judge<br>Sacramento, California | RE: **Briant Benson**<br>**Docket Number: 2:11CR00168-001**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Briant Benson is requesting permission to travel to various Asian and European countries on various dates for which he will provide an itinerary, during the months of October through December 2018. Mr. Benson is current with all his supervision obligations. He has paid all financial obligations in full, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 2, 2016, Briant Benson was sentenced for the offense of 26 USC §7201 – Tax Evasion (Class D Felony).

**Sentence Imposed:** 366 days custody Bureau of Prisons; 2-year Term of Supervised Release; $249,000 restitution; $15,000 fine; and $100 special assessment.

**Dates and Mode of Travel:** He will be travelling via airlines on various dates from October, 2018- December, 2018. He will be required to provide an itinerary.

**Purpose:** Business as the Technical Engineering Consultant for companies he owns, Bentec Medical and De Nova Technology.

RE: **Briant Benson**
**Docket Number: 2:11CR00168-001**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

*/s/ Matthew M. Faubert*

Matthew M. Faubert
Sr. United States Probation Officer

Dated: September 28, 2018
Roseville, California

**REVIEWED BY:** _____

**Michael McFarland**
**Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved ☐ Disapproved

Dated: September 28, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge