UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell Jr.　　**RE:** Briant Benson
United States District Judge　　　　　　Docket Number: 0972 2:11CR00168-001
Sacramento, California　　　　　　　　**PERMISSION TO TRAVEL**
　　　　　　　　　　　　　　　　　　**OUTSIDE THE COUNTRY**

Your Honor:

Briant Benson is requesting permission to travel to Central America and various Asian and European countries on various dates for which he will provide an itinerary, during the months of April through December, 2019 (end of supervision). Mr. Benson is current with all supervision obligations and all financial obligations have been paid. The probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On December 2, 2016, Briant Benson was sentenced for the offense of 26 USC 7201 – Tax Evasion (Class D Felony).

**Sentence Imposed:** 366 days custody Bureau of Prisons; 2 year Term of Supervised Release; $249,000 restitution; $15,000 fine; and $100 special assessment.

**Dates and Mode of Travel:** He would be traveling via airlines on various dates from April – December 2019. He will be required to provide an itinerary.

**Purpose:** Business as the Technical Engineering Consultant for companies he owns, Bentec Medical and De Nova Technology.

REV. 03/2017
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

RE: **Briant Benson**
**Docket Number: 0972 2:11CR00168-001**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*/s/ Matthew M. Faubert*

**MATTHEW M. FAUBERT**
**Sr. United States Probation Officer**

Dated: February 12, 2019
Roseville, California

*/s/ Michael McFarland*

**REVIEWED BY:** _____
**MICHAEL K. McFARLAND**
**Supervising United States Probation Officer**

---

### ORDER OF THE COURT

**The Court orders:**

☒ Approved  ☐ Disapproved

Dated: February 12, 2019

*/s/ Garland E. Burrell, Jr.*
_____
GARLAND E. BURRELL, JR.
Senior United States District Judge